**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
Civil Action No.  5:26-cv-00003-M-RN

| | |
|---|---|
| MATT M. and R.M.,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC;<br>UNITED BEHAVIORAL HEALTH, COCA-<br>COLA CONSOLIDATED INC.; and the<br>COCA-COLA CONSOLIDATED INC.<br>WELFARE BENEFIT PLAN;<br><br>        Defendants. | NOTICE OF STIPULATED DISMISSAL OF UNITED HEALTHCARE INSURANCE COMPANY |

The Parties, by and through their respective counsel, hereby give notice that they have stipulated to the dismissal of Defendant United Healthcare Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's order of May 11, 2026.

Plaintiffs' Complaint mistakenly identified this Defendant as the third-party claims administrator of their employee welfare benefits plan.[1] As Defendants have correctly pointed out, the third-party claims administrator was a different UnitedHealth Group subsidiary, United HealthCare Services, Inc.[2] Plaintiffs have corrected this error in an amended complaint filed contemporaneously with this notice, and Defendant United Healthcare Insurance Company may now be dismissed from this action.

---

[1] ECF No. 1 at ¶ 2.
[2] *See* ECF No. 38 at 5 n.3.

DATED this 3rd Day of June 2026.

/s/ Brian S. King
Brian S. King, Esq.
BRIAN S KING, P.C.
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

Norris A. Adams, II
ESSEX RICHARDS, P.A.
1701 South Boulevard
Charlotte, NC 28203
Phone: (704) 377-4300
Fax: (704) 372-1357
nadams@essexrichards.com

*Counsel for Plaintiffs*

DATED this 3rd day of June 2026.

/s/ Victoria Street Tolbert
Mark A. Wagner
Victoria Street Tolbert
SEYFARTH SHAW LLP
300 S. Tryon Street
Suite 400
Charlotte, NC 28202
Phone: (704) 925-6042
Fax: (312) 460-7000
vtolbert@seyfarth.com

*Counsel for Defendants*

2