# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### Case No. 5:26-cv-00003-M-RN

| | |
|---|---|
| MATT M. AND R.M., <br><br>      Plaintiffs, <br><br> v. <br><br> UNITED HEALTHCARE SERVICES, INC., UNITED BEHAVIORAL HEALTH, COCA-COLA CONSOLIDATED INC., AND THE COCA-COLA CONSOLIDATED INC. WELFARE BENEFIT PLAN, <br><br>     Defendants. | **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Defendants UnitedHealthcare Services, Inc. ("UHSI"), United Behavioral Health ("UBH") (collectively, "United), Coca-Cola Consolidated, Inc. ("Coca-Cola"), and The Coca-Cola Consolidated, Inc. Welfare Benefit Plan ("Coca-Cola Plan") (UHSI, UBH, Coca-Cola, and Coca-Cola Plan, collectively, "Defendants"), by and through their undersigned counsel, submit this motion to dismiss Plaintiffs' First Amended Complaint under Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim for which relief may be granted. In support of this motion, Defendants submit a memorandum of law in support of Defendants' motion to dismiss and the Declaration of Janice M. Balog with exhibits attached thereto.

WHEREFORE, for the reasons stated in the Declaration of Janice M. Balog attached hereto as Exhibit 1, as well as the memorandum of law in support of Defendants' motion to dismiss, Defendants respectfully request that the Court dismiss Plaintiffs' First Amended Complaint, with prejudice.

Date: June 5, 2026                    Respectfully submitted,

                                      UNITEDHEALTHCARE SERVICES, INC.,
                                      UNITED BEHAVIORAL HEALTH, COCA-
                                      COLA CONSOLIDATED, INC., and the COCA-
                                      COLA CONSOLIDATED, INC. WELFARE
                                      BENEFIT PLAN


                                      By:   */s/ Victoria S. Tolbert*
                                            Victoria S. Tolbert
                                            North Carolina State Bar No. 32945
                                            SEYFARTH SHAW LLP
                                            300 South Tyron Street, Suite 400
                                            Charlotte, North Carolina 28202
                                            Telephone: (704) 925-6042
                                            Facsimile:  (704) 559-2457
                                            E-mail: vtolbert@seyfarth.com

                                            *Attorneys for Defendants*

2

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CASE NO. 5:26-CV-00003-M-RN**

MATT M. and R.M.,
,

        Plaintiffs,

   v.

UNITED HEALTHCARE SERVICES, INC.,
UNITED BEHAVIORAL HEALTH, COCA-
COLA CONSOLIDATED INC., AND THE
COCA-COLA CONSOLIDATED INC.
WELFARE BENEFIT PLAN,

        Defendants.

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 5, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

                  */s/ Victoria S. Tolbert*
                  Victoria S. Tolbert

3