| | |
|---|---|
| MATT M., *and* R.M.,<br><br>                 *Plaintiffs,*<br><br>*vs.*<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, COCA-COLA CONSOLIDATED INC., *and the* COCA-COLA CONSOLIDATED INC. WELFARE BENEFIT PLAN,<br><br>                 *Defendants.* | **PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs Matt M. and R.M., by and through their undersigned counsel, and in accordance with Local Civil Rule 6.1(a), respectfully move the Court for additional time to respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF Nos. 44-45), and for Defendants to file their reply. Specifically, Plaintiffs request that both deadlines be extended by one week.

Good cause exists for this request because Plaintiffs' counsel had several urgent matters arise unexpectedly this past week which diverted some of the time and resources set aside to draft their response to the Motion. Despite their best efforts to meet the present deadline, Plaintiffs' counsel need an extra few days to finalize their response; they seek a one-week extension in order to accommodate other upcoming deadlines that cannot be moved.

Plaintiffs' counsel met and conferred with counsel for Defendants, who graciously consented to their requested extension. Plaintiffs affirmatively represent that this extension is not

intended to cause delay or prejudice to any party. This is the first time Plaintiffs have sought to extend these deadlines, and they anticipate it will be the only extension they seek, absent extraordinary circumstances.

Therefore, the Plaintiffs respectfully move the Court to extend the deadline for them to respond to Defendants' Motion to Dismiss to Monday, July 6, 2026, and the deadline for Defendants to file a reply to July 20, 2026. A proposed order is attached to this filing.

RESPECTULLY SUBMITTED this Friday, June 26, 2026

/s/ Brian S. King
Brian S. King, Esq.
BRIAN S KING, P.C.
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone:  (801) 532-1739
Facsimile:   (801) 532-1936
brian@briansking.com

Norris A. Adams, II
ESSEX RICHARDS, P.A.
1701 South Boulevard
Charlotte, NC 28203
Phone:  (704) 377-4300
Fax:     (704) 372-1357
nadams@essexrichards.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served to all parties registered to receive notices in the above captioned matter via the Court's CM/ECF system.

DATED this Friday, June 26, 2026

/s/ Brian S. King